# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIE J. GRIFFIN, JR.

          Plaintiff,

    v.

CHARLES SAMUELS, JR. ET AL

          Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: **06cv4488-RBK**

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this 15th day of May, 2008

_____
Hon. Robert B. Kugler, USDCJ

Dated:

Camden, New Jersey